UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-10322 |
| | | CHAPTER 13 |
| TONYA M. WALKER | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916825 | $1.48 |

Creditor(s)
Fingerhut Credit Advantage
P.O. Box 23051
Columbus, GA 31902-3051

                                                Respectfully submitted,

                                     /s/    Margaret A. Burks, Esq.
                                                Margaret A. Burks, Esq.
                                                Chapter 13 Trustee
                                                Attorney No. OH 0030377

                                                Francis J. DiCesare, Esq.
                                                Staff Attorney
                                                Attorney No. OH 0038798

                                                Karolina F. Perr, Esq.
                                                Staff Attorney
                                                Attorney No. OH 0066193

                                                600 Vine Street, Suite 2200
                                                Cincinnati, OH 45202
                                                (513) 621-4488
                                                (513) 621 2643 (Facsimile)
                                                mburks@cinn13.org - Correspondence only
                                                fdicesare@cinn13.org
                                                kperr@cinn13.org

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 14, 2010.

                                                                 /s/     Margaret A. Burks, Esq.
                                                                        Margaret A. Burks, Esq.

| | |
|---|---|
| Fingerhut Credit Advantage<br>P.O. Box 23051<br>Columbus, GA 31902-3051 | Debtor(s) Counsel<br>ERIC A. STEIDEN, ESQ.<br>830 MAIN STREET<br>SUITE 401<br>CINCINNATI, OH  45202 |
| Debtor(s)<br>TONYA M. WALKER<br>1729 GARDEN LANE<br>APT. 1<br>CINCINNATI, OH  45237 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |